# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Crystal Poitra, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | Case No. 4:09-cv-048 |
| Defendant. | ) | |

Before the court is plaintiff's motion for attorney Marshall P. Whalley to appear *pro hac vice* on her behalf. "The filing of the motion is deemed consent to submit to the jurisdiction of the court in matters of discipline and an agreement to comply with the Local Rules." D.N.D. Gen. L. R. 1.3(D). Mr. Whalley has paid the required admission fees to the office of the Clerk. Accordingly, plaintiff's motion (Docket No. 26) is **GRANTED**. Attorney Marshall P. Whalley is admitted to practice before this court in the above-entitled action on behalf of plaintiff.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge