**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Crystal Poitra, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| The United States of America, | ) | |
| | ) | Case No. 4:09-cr-048 |
| Defendant. | ) | |

_____

On January 31, 2010, the Government filed a brief in support of its motion for summary judgment along with thirty supporting exhibits. See Docket No. 31. The court, sua sponte, directs the Clerk's office to seal exhibits 1-3, 8, 10-18, 20-21, and 24. See Fed. R. Civ. P. 5.2(a) and (d). The court also reminds the government to take heed of the requirements of Fed. R. Civ. P. 5.2 when filing documents in the future.

**IT IS SO ORDERED.**

Dated this 17th day of February, 2011.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge